■ NANCY M. FRIED, Appellant, v GEORGE E. TREYZ, INC., Respondent.

Kane, J. P., Main, Casey, Mikoll and Harvey, JJ., concur.